

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Lee Ernest Smith, Appellant

No. 06-18-00146-CR      v.

The State of Texas, Appellee

Appeal from the 297th District Court of Tarrant County, Texas (Tr. Ct. No. 1502349D).    Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect (1) that Article 62.102 of the Texas Code of Criminal Procedure is the correct statute of offense and (2) that Smith pled not true to the State's habitual offender allegation.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Lee Ernest Smith, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED FEBRUARY 7, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk